NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EIT HOLDINGS LLC,**
*Plaintiff-Appellant,*

**v.**

**YELP!, INC.,**
*Defendant-Appellee.*

---

2012-1192

---

Appeal from the United States District Court for the Northern District of California in No. 10-CV-5623, Judge William H. Alsup.

---

**JUDGMENT**

---

ALISA A. LIPSKI, Goldstein & Lipski, PLLC, of Houston, Texas, argued for plaintiff-appellant. With her on the brief was EDWARD W. GOLDSTEIN.

DARALYN J. DURIE, Durie Tangri LLP, of San Francisco, California, argued for defendant-appellee. With her on the brief were RYAN M. KENT and EUGENE NOVIKOV.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LINN and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 9, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |